**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANULFO AVELINO FLORES, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> FEDERAL NATIONAL ) <br> MORTGAGE ASSOCIATION ) <br> ("FANNIE MAE"), et al. ) <br> ) <br> Defendants. ) <br> _____ | Case No. EDCV 15-00385-VAP (SPx) <br><br> **JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE. The Court orders that such judgment be entered.

Dated: <u>March 24, 2015</u>

                                      VIRGINIA A. PHILLIPS
                                    United States District Judge